UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BOULDON,<br><br>              Petitioner,<br><br>    v.<br><br>LEA ANN CHRONES, Warden,<br><br>              Respondent. | Case No. CV 06-600 SVW(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 7/9/09

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE